

**SANVENERO & CITTADINO**
ATTORNEYS AT LAW

RICHARD SANVENERO, JR. ESQ.*
RSANVENERO@THESCLAWOFFICE.COM

JOSHUA P. CITTADINO, ESQ.
JCITTADINO@THESCLAWOFFICE.COM

JOSHUA S. SKLARIN, ESQ.
JSKLARIN@THESCLAWOFFICE.COM

228 MAPLE AVENUE
RED BANK, NEW JERSEY 07701
TEL : (732) -743-9665
FAX : (732) -743-9546
WWW.THESCLAWOFFICE.COM

TNATALE@THESCLAWOFFICE.COM

WILLIAM J. JEFFERY, ESQ.
WJEFFERY@THESCLAWOFFICE.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2024

June 20, 2024

*Via ECF:*
Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 1007

      **RE:**   **Robert Wallace v. GSK Consumer Health, Inc. et. Al**
             **Docket No.: 1:24-cv-02847-MMG**

Dear Judge Garnett:

      The undersigned represents Plaintiff Robert Wallace ("Plaintiff") in the referenced matter. Please accept this correspondence response to the Court's Notice of Initial Pretrial Conference filed on April 22, 2024. This correspondence shall serve as Plaintiff's request that the Initial Pretrial Conference currently scheduled for June 27, 2024, at 9:30 a.m. be adjourned. The reasons for the adjournment request are set forth in detail more fully below.

      This firm has been in contact with counsel for Defendant, Ms. Kerry Shad of Smith, Anderson, Blount, Mitchell & Jernigan, L.L.P. to discuss potential resolution as well as submitting to arbitration. No responsive pleading has yet been filed as Ms. Shad represents the Defendant with respect to arbitration only, and not this litigation. The Defendant will obtain local counsel for purposes of this litigation. Based upon the parties' discussions, a Motion to Stay Pending Arbitration will be filed by Defendant. Plaintiff will consent to that Motion.

      As no responsive pleading has yet been filed, and anticipating the Motion to Stay, Plaintiff respectfully requests an adjournment of the June 27, 2024, Initial Case Management Conference This is the first request for an adjournment in this matter. Plaintiff requests that any Case Management Conference be adjourned to a date following the filing of a responsive pleading or the Motion to Stay.

SERVING NEW JERSEY - NEW YORK - FLORIDA - DISTRICT OF COLUMBIA
*CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY



We thank the Court for its time and attention to this matter.

Respectfully submitted,

Joshua S. Sklarin, Esq.

JS.kp
cc:   *client (via email)*

> GRANTED. The Initial Pretrial Conference is hereby ADJOURNED *sine die*. Defendant shall file its anticipated unopposed Motion to Stay Pending Arbitration by no later than 30 days from the date of this Order.
>
> SO ORDERED. Dated June 21, 2024.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE